FILED
SEP 26 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER J. TRAVIS and<br>JAMONNI D. ANDERSON | 18 CR 522<br>JUDGE BLAKEY<br>Violations: Title 21, United States Code, Section 841(a)(1); Title 18, United States Code, Section 922(g)(1)<br><br>MAGISTRATE JUDGE COLE |

### COUNT ONE

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about August 27, 2018, at Joliet, in the Northern District of Illinois, Eastern Division,

XAVIER J. TRAVIS, and
JAMONNI D. ANDERSON

defendants herein, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely,

(1) a Heckler & Koch, Model MP-5 K-N, Caliber 9 millimeter machinegun, S/N 64-21806;

(2) a Glock, Model 22, Caliber .40 semiautomatic pistol, S/N CTR647US; and

(3) a Colt, Model Python, Caliber .357 revolver, S/N V59823

which firearm had traveled in interstate commerce prior to defendants' possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about August 27, 2018, at Joliet, in the Northern District of Illinois, Eastern Division,

XAVIER J. TRAVIS, and
JAMONNI D. ANDERSON

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY